# UNITED STATES DISTRICT COURT
for the
District of
Division

FILED
APR 04 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Kenya C. Vance
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Walton Plastics
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:23 CV 00703
_(to be filled in by the Clerk's Office)_

JUDGE RUIZ
MAG JUDGE GRIMES

Jury Trial: _(check one)_ ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kenya C. Vance
Street Address: 23673 Banbury Cir. #9
City and County: Warrenville Hts. Oh, 44128 Cuyahoga
State and Zip Code:
Telephone Number: 216-575-8177
E-mail Address: mobvance10@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Mike Kappen
- Job or Title (if known): Supervisor
- Street Address: 20493 Hannan Pkwy
- City and County: Bedford, Cuy.
- State and Zip Code: Ohio 44146
- Telephone Number: 440-786-7711 / 330-812-4114
- E-mail Address (if known): N/A

Defendant No. 2
- Name: Walton Plastics
- Job or Title (if known): Business, company
- Street Address: 20493 Hannan Pkwy
- City and County: Bedford, Cuy.
- State and Zip Code: Ohio 44146
- Telephone Number: 440-786-7711
- E-mail Address (if known): N/A

Defendant No. 3
- Name: Joe Hardy
- Job or Title (if known): Plant Manager
- Street Address: 20493 Hannan Pkwy
- City and County: Bedford, Cuy.
- State and Zip Code: Ohio, 44146
- Telephone Number: 440-786-7711
- E-mail Address (if known): N/A

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Harassment, Sex Discrimination, Retaliation, wrongful termin.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Kenya C. Vance, is a citizen of the State of *(name)* Ohio.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Kenya C Vance, is a citizen of the State of *(name)* Ohio.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Walton Plastics, is a citizen of the State of *(name)* OHIO. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

The defendant, (name) Walton Plastics, is incorporated under the laws of the State of (name) Ohio, and has its principal place of business in the State of (name) Ohio.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Punitive damages
Lost wages          > Relief sought
Emotion damags
        250,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was training, wanting to learn the trade. Staff profiled and marginalize againt me sexual. My supervisor inflicted his own sexual ideology forcefully. On my last day he harassed me and fired me.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Economically no job's Ive worked does not financially and structurally add up to when I worked there. Also the sexual entity on the work floor that consumed me mentally and emotionally. I Ask the courts for the relief in the companys punishment of 250,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/4/23

Signature of Plaintiff: *Kenya Vance*
Printed Name of Plaintiff: Kenya Vance

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

(VI. Cause of Action)

My supervisor Mike Kappen tried to have sexual relations with me. Also enforce his own personal gender beliefs upon me. All in my course of me training to become an operator, for Die and Extrusion. Over the months of 03/2020 - 7/2021. I maintained my professionalism without making fun of, nor making Mr. Kappen feel uncomfortable. When that wasn't enough, or when I was not entertaining to Mr. Kappen's behavior. I then started receiving write up's for things that I was training for, or didn't understand. Mr. Kappen said it was normal and he told me to keep training to become a better operator. After my third write up in a row for being unaware, I wanted to stop training. Mr. Kappen and Mr. Hardy (Plant Manger) tried forcing me to operate. They both then suspended me and wrote me up again. At the time I didnt know were HR was located. I drove to the temp agency that sent me to Walton Plasics.

To report the sexual matters and the paper trial of write up's for training. When I returned back to work after my suspension I was outkast. 8/18/21 Mr. Kappen retaliated by harassing me twice on camera. Backing me into a corner, and the second time he stopped me from walking to continue working. Mr. Kappen followed me demanding what was I going to do if he didnt stop telling me to shut up. He called two other supervisor to witness it. Mr. Kappen then said clock out and go home, I did without malice intent. I then drove back to temp agency (PPS) crying telling the director what was done. I then spoke with Patti Burkes (HR) for Walton Plasics, telling her what happen and whats been happening. HR said would look in to the matters at hand & of me reporting Mr. Kappen. HR called me back and said management fired me for being insubordinate. Without any additional investigation HR terminated me. I ask the courts to investigate the truth for justice. Thank you.